# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 14, 2011

143827-30 & (57)(59)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

AFSCME COUNCIL 25, SYLVESTER AUSTIN,
MARK SMITH, DAVID BAKER, MYRTEL
BROWN, LENORE DAVIS, and ALL OTHERS
SIMILARLY SITUATED,
   Plaintiffs-Appellees,

v

STATE EMPLOYEES' RETIREMENT SYSTEM,
STATE EMPLOYEES' RETIREMENT SYSTEM
BOARD, PUBLIC EMPLOYEE RETIREMENT
HEALTH CARE FUNDING TRUST,
DEPARTMENT OF TECHNOLOGY,
MANAGEMENT & BUDGET, DIRECTOR OF
DEPARTMENT OF TECHNOLOGY,
MANAGEMENT & BUDGET, DIRECTOR OF
THE OFFICE OF RETIREMENT SERVICES,
and STATE TREASURER,
   Defendants-Appellants.

SC: 143827
COA: 302959
Ct of Claims: 10-000105-MM

_____/

MICHIGAN STATE EMPLOYEES
ASSOCIATION, KENNETH MOORE, TIM
SCHUTT, DONNA SPENCER, and RUSSELL
WATERS,
   Plaintiffs-Appellees,

v

STATE EMPLOYEES' RETIREMENT SYSTEM,
STATE EMPLOYEES' RETIREMENT SYSTEM
BOARD, PUBLIC EMPLOYEE RETIREMENT
HEALTH CARE FUNDING TRUST,
DEPARTMENT OF TECHNOLOGY,
MANAGEMENT & BUDGET, DIRECTOR OF
DEPARTMENT OF TECHNOLOGY,
MANAGEMENT & BUDGET, DIRECTOR OF
THE OFFICE OF RETIREMENT SERVICES,

SC: 143828
COA: 302960
Ct of Claims: 10-000108-MM

STATE TREASURER, and STATE OF MICHIGAN,
   Defendants-Appellants.

_____/

SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 517M and SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 526M,
   Plaintiffs-Appellees,

v

STATE EMPLOYEES' RETIREMENT SYSTEM, STATE EMPLOYEES' RETIREMENT SYSTEM BOARD, PUBLIC EMPLOYEE RETIREMENT HEALTH CARE FUNDING TRUST, DEPARTMENT OF TECHNOLOGY, MANAGEMENT & BUDGET, DIRECTOR OF DEPARTMENT OF TECHNOLOGY, MANAGEMENT & BUDGET, DIRECTOR OF THE OFFICE OF RETIREMENT SERVICES, and STATE TREASURER,
   Defendants-Appellants.

SC: 143829
COA: 302961
Ct of Claims: 10-000109-MM

_____/

ANTHONY McNEILL, RICK HANKINSON, RAY HOLMAN, RACHAEL SIEMEN, ALL OTHERS SIMILARLY SITUATED, INTERNATIONAL UNION UAW, and UAW LOCAL 6000,
   Plaintiffs-Appellees,

v

PUBLIC SCHOOL EMPLOYEES' RETIREMENT BOARD, STATE EMPLOYEES' RETIREMENT SYSTEM, STATE EMPLOYEES' RETIREMENT SYSTEM BOARD, PUBLIC EMPLOYEE RETIREMENT HEALTH CARE FUNDING TRUST, DEPARTMENT OF TECHNOLOGY, MANAGEMENT & BUDGET, DIRECTOR OF DEPARTMENT OF TECHNOLOGY, MANAGEMENT & BUDGET, DIRECTOR OF THE OFFICE OF RETIREMENT SERVICES, and STATE TREASURER,
   Defendants-Appellants.

SC: 143830
COA: 302962
Ct of Claims: 10-000110-MM

_____/

On order of the Court, the motions for leave to file brief amicus curiae and to file a responsive brief are GRANTED.  The application for leave to appeal the August 25, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 14, 2011 _____         _____

t1214                                                              Clerk